

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brock Allmaras, on behalf of others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>University Mechanical & Engineering Contractors, Inc.; Does 1 through 50 inclusive<br><br>**Defendant.** | Civil Action No. 24-cv-01581-GPC-SBC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Defendant's motion to dismiss in its entirety. Plaintiff's complaint is DISMISSED without leave to amend. The case is hereby closed.

Date:  11/21/24

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By: s/ J. Olsen

J. Olsen, Deputy